IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00455-RPM-CBS

JORDAN DICKERSON,

    Plaintiff,

v.

PATRICK HARR and
INDEPENDENT CONTRACTOR ALLIANCE, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Rule 16(b) Scheduling Conference, Deadline for Filing a Proposed Scheduling Order, and Deadline for Serving Rule 26(a)(1) Disclosures (*doc. no. 6)* is **GRANTED**. The scheduling conference set for May 11, 2007, and all related deadlines, are **VACATED**.

    Absent an appearance by Defendants, counsel for the Plaintiff shall file the appropriate paperwork no later than **June 4, 2007**.

**DATED:**     May 3, 2007