IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00455-RPM-CBS

JORDAN DICKERSON,

    Plaintiff,

v.

PATRICK HARR and
INDEPENDENT CONTRACTOR ALLIANCE, INC.,

    Defendants.

---

## ORDER OF DISMISSAL OF PATRICK HARR

Pursuant to the Motion to Dismiss Patrick Harr Pursuant to F.R.C.P. 41(a)(1) [19], fled on March 4, 2008, it is

ORDERED that all claims in this case against Patrick Harr are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated: March 5th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge