**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 07-cv-00455-RPM-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date: May 20, 2008**                                      **Courtroom Deputy:** Ben Van Dyke

JORDAN DICKERSON,                                          Ian D. Kalmanowitz

     **Plaintiff,**

v.

INDEPENDENT CONTRACTOR ALLIANCE, INC.,          No appearance

     **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:        12:07 p.m.**
Court calls case.  Appearance of plaintiff's counsel.  Plaintiff, Jordan Dickerson, is also present
for the hearing.  No appearance for defendant.

12:10 p.m.          Mr. Kalmanowitz calls his first witness, Jordan Dickerson.  Witness is sworn in,
                          and Mr. Kalmanowitz performs direct examination of the witness.

12:23 p.m.          Court questions Jordan Dickerson.

12:30 p.m.          Examination of Jordan Dickerson completed.

**ORDERED:   The Motion for Default Judgment [filed July 5, 2007; doc. 13] is taken under
                      advisement.  Plaintiff's counsel shall file a supplemental affidavit, with a
                      schedule consistent with the discussion on the record, by May 27, 2008.**

HEARING CONCLUDED.

**Court in recess:        12:32 p.m.**
Total time in court:     00:25