IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00455-RPM-CBS

JORDAN DICKERSON,

    Plaintiff,

v.

INDEPENDENT CONTRACTOR ALLIANCE, INC.,

    Defendants.

---

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

---

Upon consideration of the Recommendation of United States Magistrate Judge Craig B. Shaffer, filed May 29, 2008, containing findings of fact and conclusions of law from an evidentiary hearing held on May 20, 2008, on the plaintiff's Motion for Default Judgment against defendant Independent Contractor Alliance, Inc., the Court incorporates by this reference those findings and conclusions and accordingly, it is

ORDERED that the Clerk shall enter judgment for the plaintiff Jordan Dickerson against the defendant Independent Contractor Alliance, Inc., in the amount of:

    (1)    $2,992.50 for 99.75 hours of overtime work at the rate of $30.00 per hour;

    (2)    $2,992.50 for liquidated damages in the amount equal to his unpaid wages;

    (3)    $1,420.00 for attorney fees; and

    (4)    $576.00 for costs,

for a total judgment of $7,981.00, plus post judgment interest at the current rate of 2.14%.

Dated: June 11th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge